# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPUR RAHMAN,<br><br>       Plaintiff,<br><br>vs.<br><br>DISCOVERY, INC., DAVID M. ZASLAV, ROBERT R. BECK, ROBERT R. BENNETT, PAUL A. GOULD, ROBERT L. JOHNSON, KENNETH W. LOWE, JOHN C. MALONE, ROBERT J. MIRON, STEVEN A. MIRON, DANIEL E. SANCHEZ, SUSAN M. SWAIN, J. DAVID WARGO, AT&T INC, and DRAKE SUBSIDIARY, INC.,<br><br>       Defendants. | **Case No.:** 1:21-cv-09785-PKC<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Opur Rahman ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: March 23, 2022                **BRODSKY & SMITH**

                          By:   */s/ Evan J. Smith*
                                Evan J. Smith
                                240 Mineola Boulevard
                                Mineola, NY  11501
                                Phone:  (516) 741-4977
                                Facsimile (561) 741-0626

                                *Attorneys for Plaintiff*